NO. 07-03-0219-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

AUGUST 8, 2003

______________________________

LYNDA RISINGER-HERSEY AND REGINALD S.Y. LEE, APPELLANTS

V.

CYNTHIA HERSEY, TRUSTEE OF THE FRANK J. HERSEY FAMILY TRUST,

JUSTIN HERSEY AND TRAVIS HERSEY, ET AL., APPELLEES

_________________________________

FROM THE COUNTY COURT AT LAW NO. 1 OF MONTGOMERY COUNTY;

NO. 01-15925-P ; HONORABLE DENNIS WATSON, JUDGE

_______________________________

Before JOHNSON, C.J., and CAMPBELL, J., and BOYD, S.J.
(footnote: 1)
MEMORANDUM OPINION

On August 6, 2003, appellant Lynda Risinger-Hersey filed a Suggestion of Bankruptcy in this appeal.  A copy of her Notice of Bankruptcy Case Filing in the United States Bankruptcy Court for the Southern District of Texas was attached to the notice, indicating that the bankruptcy case was filed with the bankruptcy court on May 29, 2003. 

Pursuant to 
Tex. R. App. P
. 8, this appeal is suspended until further order of this court.  The parties are directed to take such action as is appropriate to advise the clerk of this court of any change in the status of appellant Lynda Risinger-Hersey’s bankruptcy proceeding which would affect the status of this appeal, including but not limited to the filing of a Motion to Reinstate pursuant to 
Tex. R. App. P
. 8.3.

Per Curiam

FOOTNOTES
1:
John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.